# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EVA DEANN HEISCH, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.  19-cv-647 JPG |
| JOHN LAKIN, et al., | ) | |
| Defendants. | ) | |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: July 12, 2021     MARGARET M. ROBERTIE, Clerk of Court

s/Tina Gray,  Deputy Clerk

**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**